IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JASON ALAN EARLS,                                    *

              Plaintiff,                          *

v.                                                     Case No.  5:22-cv-00436-TES-MSH

                                                     *

SHERIFF LEONARD JOHNSON,                             *

              Defendant.                          *

_____            *

## J U D G M E N T

Pursuant to this Court's Order dated June 11, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

This 12th day of June, 2024.

                                        David W. Bunt, Clerk

                                        s/ Erin Pettigrew, Deputy Clerk